Argued and submitted April 24, reversed and remanded for a new hearing
May 22, 1991

STATE OF OREGON,
*Respondent,*

*v.*

TERESA MARIE VILLA,
*Appellant.*

(88-3772-B-C-2; CA A63065)

811 P2d 149

David K. Allen, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Harrison Latto, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals from an order revoking her probation and sentencing her to 10 years in prison. She contends that she did not knowingly or intelligently waive her right to counsel at the revocation hearing.[1] The state concedes that she is right, and we agree.

Reversed and remanded for a new hearing.

---

[1] She also argues that the court should have sentenced her under the Sentencing Guidelines Board rules applicable after November 1, 1989. Because we do not know whether her probation will be revoked after a hearing or what sentence the court might impose if her probation is revoked, we do not address that issue.